NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICROSOFT CORPORATION,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**MOTOROLA MOBILITY, LLC (FORMERLY KNOWN AS MOTOROLA MOBILITY, INC.),**
*Intervenor.*

---

2012-1445

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-744.

--------------------------------------------------------------------------------
-

**MOTOROLA MOBILITY, LLC (FORMERLY KNOWN AS MOTOROLA MOBILITY, INC.),**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

## MICROSOFT CORPORATION,
*Intervenor.*

———————————

2012-1535

———————————

On appeal from the United States International Trade Commission in Investigation No. 337-TA-744.

———————————

## ON MOTION

———————————

## O R D E R

Microsoft Corporation moves without opposition for leave to intervene.  Motorola Mobility, LLC and Microsoft moves without opposition to "coordinate" this appeal with appeal No. 2012-1445 and to set the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for leave to intervene is granted.  The revised official caption is reflected above.

(2)  The motion to coordinate is granted to the extent that this appeal and appeal No. 2012-1445 will be argued together before the same merits panel.

(3)  In appeal No. 2012-1445, the International Trade Commission's response brief and Motorola's intervenor brief are due January 14, 2013.  Microsoft's reply brief is due February 11, 2013.

3                                    MICROSOFT CORPORATION v. ITC

(4)   In appeal No. 2012-1535, the Commission's response brief and Microsoft's intervenor brief are due February 27, 2013.  Motorola's reply brief is due March 27, 2013.


FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s26